# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JOSHUA DOPSON,<br><br>  Plaintiff,<br><br>v.<br><br><br>CAPITAL ONE, N.A.; and<br>TRANSUNION LLC,<br><br>  Defendants. | Case No.: 1:24-cv-01153-VMC-JKL<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT CAPITAL ONE, N.A.** |

  Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Capital One, N.A. ("Capital One"). Plaintiff and Capital One are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Capital One will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

  Respectfully submitted June 13, 2024

                */s/ Esther Oise*
                Esther Oise, Esq. (GA Bar #686342)
                Oise Law Group PC
                2635 Governors Walk Blvd.
                Snellville, GA 30078
                Email: oiselaw@gmail.com
                Telephone: (770) 895-3736
                Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Esther Oise*