IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA DOPSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br>TRANSUNION, LLC,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:24-cv-1153-VMC-JKL |

## ORDER

Plaintiff Joshua Dopson has filed two notices of settlement, informing the Court that he has reached respective settlements of his claims with Defendants. [Docs. 5, 6.] Based upon these representations, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case. The parties shall file the appropriate dismissal documents within 60 days of the date of this Order. If the parties need additional time to finalize the settlement, they should move for such additional time. If the settlement fails, the parties should promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 17th day of June, 2024.

_____
JOHN K. LARKINS III
United States Magistrate Judge